UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

-----------------------------------------------------------------------x
MARTA HANYZKIEWICZ, on behalf of herself and all
others similarly situated,

                                Plaintiff,

-v.-

TOYS FOR SPECIAL CHILDREN, INC.,

                                Defendants.
-----------------------------------------------------------------------x

Civil Action No:
1:22-cv-440

## JOINT STIPULATION OF DISMISSAL

IT IS HEREBY STIPULATED AND AGREED by and between the undersigned counsel as to Plaintiff and the Defendant, Toys for Special Children, Inc. in the above captioned action, that whereas no party hereto is an infant, incompetent person for whom a committee has been appointed or conservatee, and no person not a party has an interest in the subject matter of the action, that this action is dismissed with prejudice and without costs to either party pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure.

**Dated:** May 4, 2022

| **For Plaintiff Martha Hanyzkiewicz** | **For Defendant Toys for Special Children, Inc.** |
|---|---|
| */s/ Mark Rozenberg*<br>Mark Rozenberg<br>Stein Saks, PLLC<br>One University Plaza<br>Hackensack, NJ 07601<br>Ph: (201) 282-6500<br>mrozenberg@steinsakslegal.com | */s/ Lainie Elissa Cohen*<br>Lainie Elissa Cohen<br>Lazare Potter Giacovas & Moyle, LLP<br>747 Third Ave 16th floor<br>New York, NY 10017<br>Ph: (212) 758-9300<br>lcohen@lpgmlaw.com |

So Ordered.
s/Nicholas G. Garaufis

Hon. Nicholas G. Garaufis
Date: 5/6/22

1